UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mary Maxwell

    v.                                                  Case No. 17-cv-628-JL

President of the United States

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 29, 2017.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: January 4, 2018

cc: Mary Maxwell, pro se